**Opinion issued June 19, 2018**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-18-00502-CR

———————————

## IN RE ROBERT RAY CARL, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Robert Ray Carl, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus seeking to compel the respondent district judge to dismiss his case or release him on a personal recognizance bond in the underlying criminal proceeding.[1] In light of relator stating in his petition that he is represented by trial counsel below, his pro se mandamus petition presents nothing for this

---

[1] The underlying case is *The State of Texas v. Robert Carl*, Cause No. 1567696, 174th District Court, Harris County, Texas, the Honorable Hazel B. Jones presiding.

Court's review because a criminal defendant is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (because appellant was represented by counsel and was not entitled to hybrid representation, pro se appellant's supplemental brief presented nothing for review); *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, no pet.) (per curiam) (overruling pro se motion for leave to file mandamus petition because relator was represented by appointed trial counsel and was not entitled to hybrid representation).

Accordingly, we dismiss the mandamus petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.

Do not publish. TEX. R. APP. P. 47.2(b).